IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RODNEY SMITH, #65564**               **PETITIONER**

**v.**              **CIVIL NO. 1:16-cv-154-HSO-JCG**

**ROB WILLIAMS**, *et al.*             **RESPONDENTS**

## FINAL JUDGMENT

This matter is before the Court sua sponte. The Court, after a full review and consideration of the record in this case and relevant legal authority, finds that in accordance with its Memorandum Opinion and Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that pro se Petitioner Rodney Smith's Petition for habeas corpus relief pursuant to 28 U.S.C. § 2241 is **DENIED** and this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 2nd day of November, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE