IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RODNEY SMITH, #65564**                                                             **PETITIONER**

v.                                                                   CIVIL NO. 1:16-cv-154-HSO-JCG

**ROB WILLIAMS,** *et al.*                                                       **RESPONDENTS**

## CERTIFICATE OF APPEALABILITY - DENIED

     A final order adverse to the Petitioner having been filed in the captioned habeas corpus case in which the detention complained of arises out of process issued by a state court, this Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

     A Certificate of Appealability should not issue. Petitioner has failed to make a substantial showing of the denial of a constitutional right.

Date: November 2, 2016

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE